IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Joseph A. Mitchum and Pauline Mitchum, | ) | Civil Action No. 2:17-CV-02966-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| A. W. Chesterton Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Willoughby & Hoefer, P.A., Attorneys for the Plaintiffs, and moves for an Order of Dismissal without prejudice as to Defendant Eaton Hydraulics LLC, f/k/a Vickers Incorporated, and,

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Eaton Hydraulics LLC,

ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to Eaton Hydraulics LLC only. Each party to bear its own attorney's fees and costs.

AND IT IS SO ORDERED.

This the 8th day of November, 2017.

_____
David C. Norton
United State District Judge

| | |
|---|---|
| WE SO MOVE: | WE CONSENT: |
| WILLOUGHBY & HOEFER, P.A. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/R. Walker Humphry, II<br>R. Walker Humphry, II<br>Federal Bar No. 12524<br>whumphrey@willoughbyhoefer.com<br>Post Office Box 10<br>Charleston, SC 29402<br>(843) 619-4426 | s/James B. Glenn<br>James B. Glenn<br>Federal Bar No. 10366<br>E-Mail: jase.glenn@nelsonmullins.com<br>Post Office Box 11070<br>Columbia, SC 29211<br>(803) 799-2000 |
| Attorneys for Plaintiff | Attorneys for Eaton Hydraulics LLC |