IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joseph A. Mitchum and Pauline Mitchum, | ) ) ) | Civil Action No.: 2:17-CV-02966-DCN |
| Plaintiffs, vs | ) ) ) ) | **VOLUNTARY DISMISSAL OF ACTION AS TO DEFENDANT CHARLESTON RUBBER & GASKET CO., INC. ONLY** |
| A. W. Chesterton Company, et al., Defendants | ) ) ) ) | |

Now comes Plaintiff, by and through the undersigned attorney, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and files this voluntary dismissal without prejudice **only** as to Defendant Charleston Rubber & Gasket Co., Inc., in the above-captioned case. Each party to bear their own costs.

                                        Respectfully submitted,

                                        s/R. Walker Humphrey, II
                                        R. Walker Humphrey, II   ( Federal Bar No.  12524)
                                        Willoughby & Hoefer, PA
                                        151 Meeting Street, Suite 325 (29401)
                                        Post Office Box 10
                                        Charleston, SC  29402
                                        (843) 619-4426
                                        (843) 619-4430 (fax)
                                        whumphrey@willoughbyhoefer.com

November 21, 2017
Charleston, South Carolina

## CERTIFICATE OF SERVICE

      I hereby certify that on, November 21, 2017, I caused to be electronically filed the foregoing Voluntary Dismissal of Action As To Defendant Charleston Rubber & Gasket Co., Inc. Only with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

David G. Traylor, Jr., Esq. – david.traylor@nelsonmullins.com
James B. Glenn, Esq.  – jase.glenn@nelsonmullins.com
Robert O. Meriwether, Esq. – robert.meriwether@nelsonmullins.com
***Attorneys of Record for Air & Liquid Systems Corporation, Alfa Laval Inc., & Goulds Pumps Incorporated***

Stephen M. Kozick, Esq.  – skozick@kernodlelaw.com
***Attorney of Record for Circor Instrumentation Technologies Inc.***

Christopher A. Jaros, Esq.  – christopher.jaros@klgates.com
Tara C. Sullivan, Esq.  – tara.sullivan@klgates.com
***Attorneys of Record for Crane Co.***

      I hereby certify the following Defendants were served by having placed same in the care and custody of the United States Postal Service with first class postage affixed thereto and addressed as follows:

Timothy W. Bouch, Esq.
Yancey A. McLeod, III, Esq.
Amy M. McLeod, Esq.
Leath, Bouch & Seekings, LLP
P.O. Box 59
Charleston, SC 29402
***Attorneys of Record for ASCO Valve Inc.***

Louis P. Herns, Esq.
Pierce, Herns, Sloan & Wilson, LLC
321 East Bay Street
Charleston, SC 29401
***Attorney of Record for Charleston Rubber & Gasket Co.***

Thomas F. Dougall, Esq.
William A. Collins, Jr., Esq.
Michal Kalwajtys, Esq.
Dougall& Collins
1700 Woodcreek Farms Road, Suite 100
Elgin, SC 29045
***Attorneys of Record for IMO Industries, Inc.***

Jennifer M. Techman, Esq.
Andrew S. Rogers, Esq.
Evert Weathersby Houff, Esq.
3455 Peachtree Road NE, Suite 1550
Atlanta, GA 30326
***Attorneys of Record for Ingersoll-Rand Company & Spirax Sarco, Inc.***

Ronald B. Cox, Esq.
Proffitt & Cox, LLP
140 Wildewood Park Drive, Suite A
Columbia, SC 29223
***Attorney of Record for Parker-Hannifin Corporation***

Moffatt G. McDonald, Esq.
W. David Conner, Esq.
Scott E. Frick, Esq.
Haynsworth Sinkler Boyd, PA
P.O. Box 2048
Greenville, SC 29602
***Attorneys of Record for Union Carbide Corporation***

Thomas M. Kennaday, Esq.
Turner Padgett
P.O. Box 1473
Columbia, SC 29202
***Attorney of Record for Warren Pumps LLC***

                          Respectfully submitted,

                          s/R. Walker Humphrey, II
                          R. Walker Humphrey, II (Federal Bar No. 12524)
                          Willoughby & Hoefer, PA
                          151 Meeting Street, Suite 325 (29401)
                          Post Office Box 10
                          Charleston, SC  29402
                          (843) 619-4426
                          (843) 619-4430 (fax)
                          whumphrey@willoughbyhoefer.com

November 21, 2017
Charleston, South Carolina