IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joseph A. Mitchum and Pauline Mitchum, | ) | Civil Action No. 2:17-CV-02966-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| A. W. Chesterton Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER ON PLAINTIFFS' MOTION TO CORRECT CAPTION</u>**

Upon Motion of the Plaintiffs, and for good cause shown, it is ORDERED that the caption of this case be corrected to show the Plaintiff's correct name, Joe A. Mitchum. The correct caption will be:

Joe A. Mitchum and Pauline Mitchum,

Plaintiffs,

vs.

A. W. Chesterton Company, et al.,

Defendants.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

December \_\_\_, 2017
Charleston, South Carolina