IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joe A. Mitchum and Pauline Mitchum, | ) | CA: 2:17-CV-02966-DCN |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| A. W. Chesterton Company, <u>et al.</u>, | ) | |
| | ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

**Plaintiffs:**

*/s/ R. Walker Humphrey, II*          *Signature of Plaintiff's Counsel*
R. Walker Humphrey, II

**Defendants:**

*/s/ Robert Meriwether*          *Signature of Defendant's Counsel*
Robert Meriwether
Counsel for Air & Liquid Systems Corp., Alfa Laval, Inc., and Goulds Pumps, Inc.

*/s/ Yancey A. McLeod, III*          *Signature of Defendant's Counsel*
Yancey A. McLeod, III
Counsel for ASCO Valve, Inc.

*/s/ Stephen Kozick*          *Signature of Defendant's Counsel*
Stephen Kozick
Counsel for Circor Instrumentation Technologies, Inc.

*/s/ Tara Sullivan*          *Signature of Defendant's Counsel*
Tara Sullivan
Counsel for Crane Co.

*/s/ William A. Collins, Jr.*          *Signature of Defendant's Counsel*
William A. Collins, Jr.
Counsel for IMO Industries, Inc.

*/s/ Andrew S. Rogers*          *Signature of Defendant's Counsel*
Andrew S. Rogers
Counsel for Ingersoll-Rand Company and Spirax Sarco, Inc.

*/s/ Ronald Cox*          *Signature of Defendant's Counsel*
Ronald Cox
Counsel for Parker Hannifin Corporation

*/s/ Scott Frick*          *Signature of Defendant's Counsel*
Scott Frick
Counsel for Union Carbide Corporation

*/s/ Thomas Kennaday*          *Signature of Defendant's Counsel*
Thomas Kennaday
Counsel for Warren Pumps, LLC

**Dated December 19, 2017**