UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOE A. MITCHUM AND PAULINE MITCHUM, | ) ) ) Civil Action No. 2:17-cv-02966-DCN |
| Plaintiffs, | ) ) |
| v. | ) VOLUNTARY DISMISSAL OF ) ACTION AS TO DEFENDANT CBS ) CORPORATION ONLY |
| A.W. CHESTERTON COMPANY, et al | ) ) ) |
| Defendants. | ) ) |

Now comes Plaintiff, by and though the undersigned attorney, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and files this voluntary dismissal with prejudice **only** as to Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, in the above-captioned case. Each party to bear its own costs.

Respectfully submitted,

**WILLOUGHBY & HOEFER, P.A.**

s/R. Walker Humphrey, II
R. Walker Humphrey, II, Fed. Bar No. 12524
151 Meeting Street, Suite 325 (29401)
Post Office Box 10
Charleston, South Carolina 29402
Telephone: (843) 619-4426
Facsimile: (843) 619-4430
WHumphrey@Willoughbyhoefer.com

January 30, 2018
Charleston, South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on, January 30, 2018, I caused to be electronically filed the foregoing Voluntary Dismissal of Action as to Defendant CBS Corporation Only with the Clerk of Court using the ECF System, which will send notification of such to all counsel of record.

Respectfully submitted,

**WILLOUGHBY & HOEFER, P.A.**

s/R. Walker Humphrey, II
R. Walker Humphrey, II, Fed. Bar No. 12524
151 Meeting Street, Suite 325 (29401)
Post Office Box 10
Charleston, South Carolina 29402
Telephone: (843) 619-4426
Facsimile: (843) 619-4430
WHumphrey@Willoughbyhoefer.com

January 30, 2018
Charleston, South Carolina