UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOE A. MITCHUM AND PAULINE MITCHUM, | ) ) ) | Civil Action No. 2:17-cv-02966-DCN |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | VOLUNTARY DISMISSAL OF ACTION AS TO DEFENDANT GENERAL ELECTRIC COMPANY ONLY |
| A.W. CHESTERTON COMPANY, et al | ) ) ) | |
| Defendants. | ) ) | |

    Now come Plaintiffs, by and though the undersigned attorney, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and file this voluntary dismissal with prejudice **only** as to Defendant General Electric Company, in the above-captioned case. Each party to bear their own costs and attorney's fees.

                                                Respectfully submitted,

                                                WILLOUGHBY & HOEFER, P.A.

                                                s/R. Walker Humphrey, II
                                                R. Walker Humphrey, II Fed. Bar No. 12524
                                                151 Meeting Street, Suite 325 (29401)
                                                Post Office Box 10
                                                Charleston, South Carolina 29402
                                                Telephone: (843) 619-4426
                                                Facsimile: (843) 619-4430
                                                WHumphrey@Willoughbyhoefer.com

February 22, 2018
Charleston, South Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that on, February 22, 2018, I caused to be electronically filed the foregoing Voluntary Dismissal of Action As to Defendant General Electric Company Only with the Clerk of Court using the ECF System, which will send notification of such to all counsel of record.

Respectfully submitted,

WILLOUGHBY & HOEFER, P.A.

s/R. Walker Humphrey, II
R. Walker Humphrey, II Fed. Bar No. 12524
151 Meeting Street, Suite 325 (29401)
Post Office Box 10
Charleston, South Carolina 29402
Telephone: (843) 619-4426
Facsimile: (843) 619-4430
WHumphrey@Willoughbyhoefer.com