# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

|  |  |
|---|---|
| JOE A. MITCHUM and PAULINE MITCHUM, <br><br> Plaintiffs, <br> vs. <br><br> A.W. CHESTERTON COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:17-cv-02966-DCN |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASCO VALVE, INC.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, Joe A. Mitchum and Pauline Mitchum, by and through undersigned counsel, hereby stipulate and agree to dismiss all claims against ASCO Valve, Inc., incorrectly named as "ASCO VALVE, INC. (sued individually and as successor-in-interest to FOSTER ENGINEERING)" without prejudice in the above- captioned matter, with each party to bear its own costs.

*We Consent:*

| WILLOUGHBY & HOEFER, P.A. <br><br> By: /s/ R. Walker Humphrey, II <br> R. Walker Humphrey, II (Fed Bar No. 12524) <br> 151 Meeting Street, Suite 325 <br> P.O. Box 10 <br> Charleston, SC 29402 <br> Telephone: (943) 619-4426 <br> WHumphrey@Willoughbyhoefer.com <br><br> AND | LEATH, BOUCH & SEEKINGS, LLP <br><br> By: /s/ Timothy W. Bouch <br> Timothy W. Bouch (SC Bar No. 782) <br> Yancey A. McLeod, III (SC Bar No. 80911) <br> Amy Melvin McLeod (SC Bar No. 75173) <br> 92 Broad Street <br> Charleston, SC 29401 <br> Telephone: (843) 937-8811 <br> tbouch@leathbouchlaw.com <br><br> *Attorneys for the Defendant ASCO Valve, Inc.* |

2

| | |
|---|---|
| WATERS & KRAUS, LLP<br>Erin M. Wood, TX Bar No. 24073064<br>Gibbs C. Henderson, TX Bar No. 24041084<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 357-6244<br>ewood@waterskraus.com<br>ghenderson@waterskraus.com<br><br>*Attorneys for Plaintiffs* | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electric Filing for this case:

By: /s/ R. Walker Humphrey, II
R. Walker Humphrey, II (Fed Bar No. 12524)
151 Meeting Street, Suite 325
P.O. Box 10
Charleston, SC 29402
Telephone: (943) 619-4426
WHumphrey@Willoughbyhoefer.com

AND

WATERS & KRAUS, LLP
Erin M. Wood, TX Bar No. 24073064
Gibbs C. Henderson, TX Bar No. 24041084
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
ewood@waterskraus.com
ghenderson@waterskraus.com
*Attorneys for Plaintiffs*

Defense Counsel of Record

By: /s/ Timothy W. Bouch
Yancey A. McLeod, III (SC Bar No. 80911)
LEATH, BOUCH & SEEKINGS, LLP
92 Broad Street
Charleston, SC 29401
Telephone: (843) 937-8811
tbouch@leathbouchlaw.com