IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joe A. Mitchum and Pauline Mitchum, | ) | Civil Action No. 2:17-CV-02966-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| A. W. Chesterton Company, <u>et al</u>., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO ALL REMAINING DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), Plaintiffs, Joe A. Mitchum and Pauline Mitchum, by and through undersigned counsel, hereby stipulate and agree to dismiss all claims against all remaining Defendants without prejudice in the above-captioned matter, with all parties to bear their own costs, fees, and other expenses. Defendant A.W. Chesterton Company has not yet appeared, so its consent is not required. All remaining Defendants consent to dismissal without prejudice as indicated below.

Respectfully submitted,

**WILLOUGHBY & HOEFER, P.A.**

s/R. Walker Humphrey, II
R. Walker Humphrey, II, Fed. Bar No. 12524
151 Meeting Street, Suite 325 (29401)
Post Office Box 10
Charleston, South Carolina 29402
Telephone: (843) 619-4426
Facsimile: (843) 619-4430
WHumphrey@Willoughbyhoefer.com

AND

WATERS & KRAUS, LLP
Erin M. Wood, T.X. Bar No. 24073064
ewood@waterskraus.com
*Admitted Pro Hac Vice*
Gibbs C. Henderson, T.X. Bar No. 24041084
ghenderson@waterskraus.com
*Admitted Pro Hac Vice*
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252

July 24, 2018
Charleston, South Carolina

*We Consent:*
/s/ Robert Meriwether
Robert Meriwether
*Counsel for Air & Liquid Systems Corp., Alfa Laval, Inc., Goulds Pumps, Inc., and ITT LLC*

/s/ Stephen Kozick
Stephen Kozick
*Counsel for Circor Instrumentation Technologies, Inc.*

/s/ Tara Sullivan
Tara Sullivan
*Counsel for Crane Co.*

/s/ William A. Collins, Jr.
William A. Collins, Jr.
*Counsel for IMO Industries, Inc.*

/s/ Jennifer Techman
Jennifer Techman
*Counsel for Ingersoll-Rand Company and Spirax Sarco, Inc.*

/s/ Ronald Cox
Ronald Cox
*Counsel for Parker Hannifin Corporation*

/s/ David Connor
David Connor
*Counsel for Union Carbide Corporation*

/s/ Stephanie Flynn
Stephanie Flynn
*Counsel for Warren Pumps, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of July, 2018, a copy of Stipulation of Dismissal as to All Remaining Defendants was served on all counsel of record using the Court's ECF system.

s/R. Walker Humphrey, II
R. Walker Humphrey, II